**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Andre Battle
Plaintiff,
v.
Marpac, LLC
Defendant.

Case No.: 1:26−cv−05360
Honorable LaShonda A. Hunt

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's first motion for extension of time [14] is granted for good cause shown as the parties are discussing resolution. Defendant's response to the complaint is due by 10/1/26, and the parties' joint initial status report (using the template for new cases posted on the Court's webpage) is now due by 10/8/26. The motion hearing set for 9/1/26 [15] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.